# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Chad Eric Simpson,

    Petitioner,

vs.

United States of America,

    Respondents.

JUDGMENT IN A CIVIL CASE

3:08-cv-197-03
(3:01-cr-189-4)

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/7/2008 Order.

Signed: May 7, 2008

Frank G. Johns, Clerk
United States District Court